HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THERESA M. CATO, | Case No:  4:13-cv-04889 KAW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (30) days up through and including Monday, April 14, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before May 12, 2014. This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney<br><br>*Authorization granted by*<br>*Jennifer Lee Tarn* |
| Dated: March 10, 2014 | */s/*<br>SUSAN L. SMITH<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: March 10, 2014 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>THERESA M. CATO |

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  3/12/14 | *(signature)*<br>KANDIS A. WESTMORE<br>United States Magistrate Judge |

2