HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| THERESA M. CATO, | ) | Case No:  4:13-cv-04889 KAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a third and final extension of time of forty-five days up through and including Thursday, July 3, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before July 31, 2014.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND ORDER

All deadlines will be extended accordingly.

                                    MELINDA L. HAAG
United States Attorney

Dated: May 16, 2014                     /s/
SUSAN L. SMITH
Special Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant

Dated: May 16, 2014                     /s/
HARVEY P. SACKETT
Attorney for Plaintiff
THERESA M. CATO

IT IS SO ORDERED.

Dated: 5/20/14                                  /s/ Kandis Westmore
HON. KANDIS A. WESTMORE
United States Magistrate Judge

2

STIPULATION AND ORDER