1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8  /jgl

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  THERESA M. CATO,                    )  No.: 4:13-cv-04889 KAW
                                        )
13              Plaintiff,               )
                                        )
14  v.                                  )
                                        )
15                                      )  NOTICE AND ORDER OF SUBSTITUTION
    CAROLYN W. COLVIN,                  )  OF COUNSEL
16  Acting Commissioner,                )
    Social Security Administration,     )
17                                      )
                                        )
18              Defendant.              )
                                        )
19

20       PLEASE TAKE NOTICE, THERESA M. CATO, Plaintiff in the above-captioned case,

21  hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

22

23  Dated:  5/28/14       , 2014        /s/
                                        THERESA M. CATO
24                                      1337 53rd Avenue
                                        Oakland, California 94601
25

26
    Dated:  6/24/14       , 2014        /s/
27                                      HARVEY P. SACKETT

28

                                        1
    NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

1
2  IT IS SO ORDERED.
3
4  Dated: 7/11/14                                      _____
5                                                      KANDIS A. WESTMORE
                                                       United States Magistrate Judge
6
7
...
28