UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA M. CATO,
      Plaintiff,

v.

CAROLYN W. COLVIN,
      Defendant.

Case No. 13-cv-04889-KAW

ORDER TO SHOW CAUSE

On May 20, 2014, the Court granted Plaintiff Theresa M. Cato an extension of time to file her motion for summary judgment on or before July 3, 2014. (Dkt. No. 20.) On July 11, 2014, the Court approved Plaintiff's notice of substitution of counsel, which substituted attorney Harvey Sackett for Plaintiff, who is now appearing pro se.

To date, Plaintiff has not filed her motion for summary judgment. Accordingly, on or before September 26, 2014, Plaintiff shall file a motion for summary judgment. Additionally, by September 26, 2014, Plaintiff shall respond to this order to show cause by explaining her failure to timely file her motion for summary judgment and why her case should not be dismissed for failure to prosecute. Failure to both timely file a motion for summary judgment and respond to this order to show cause may result in the dismissal of this action with prejudice for failure to prosecute.

///
///
///
///
///
///

1   In responding to this order to show cause and in filing her motion for summary judgment,
2  Plaintiff may wish to consult the manual the court has adopted to assist pro se litigants in
3  presenting their case. This manual, and other free information for pro se litigants, is available
4  online at: *http://cand.uscourts.gov/proselitigants*. Plaintiff may also wish to contact the Federal
5  Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982.
6   IT IS SO ORDERED.
7  Dated: August 26, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge