United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA M. CATO,

        Plaintiff,

    v.

CAROLYN W. COLVIN,

        Defendant.

Case No.  13-cv-04889-KAW

SECOND ORDER TO SHOW CAUSE

On May 20, 2014, the Court granted Plaintiff Theresa M. Cato an extension of time to file her motion for summary judgment on or before July 3, 2014. (Dkt. No. 20.)  On July 11, 2014, the Court approved Plaintiff's notice of substitution of counsel, which substituted attorney Harvey Sackett for Plaintiff, who is now appearing pro se.  Plaintiff has not filed a motion for summary judgment.

On August 26, 2014, the Court issued an order to show cause to Plaintiff to explain, on or before September 26, 2014, her failure to timely file her motion for summary judgment and why her case should not be dismissed for failure to prosecute.  (Dkt. No. 23.)  The Court also ordered Plaintiff to file her motion for summary judgment on or before September 26, 2014.  To date, Plaintiff has not responded to the first OSC nor filed her motion for summary judgment.

Accordingly, the Court issues a second order to show cause.  Plaintiff shall file her motion for summary judgment on or before **December 17, 2014**, and respond to this order to show cause by explaining why she did not timely file her motion and why this case should not be dismissed for failure to prosecute.

///

///

Failure to both timely file a motion for summary judgment and respond to this second order to show cause will result in the dismissal of this action without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: November 3, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2