UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA M. CATO,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 13-cv-04889-KAW<br><br>ORDER DISCHARGING ORDERS TO SHOW CAUSE<br><br>Re: Dkt. Nos. 23 & 25 |

On May 20, 2014, the Court granted Plaintiff Theresa M. Cato an extension of time to file her motion for summary judgment on or before July 3, 2014. (Dkt. No. 20.) On July 11, 2014, the Court approved Plaintiff's notice of substitution of counsel, which substituted attorney Harvey Sackett for Plaintiff, who is now appearing pro se. Plaintiff did not file a motion for summary judgment, so, on August 26, 2014, the Court issued an order to show cause to Plaintiff to explain her failure to timely file her motion for summary judgment. (Dkt. No. 23.) The Court also ordered Plaintiff to file her motion for summary judgment on or before September 26, 2014.

On November 3, 2014, the Court issued a second order to show cause requiring Plaintiff to file her motion for summary judgment on or before December 17, 2014, and to respond to the order to show cause. (Dkt. No. 25.)

///
///
///
///
///
///

On December 16, 2014, Plaintiff filed a motion for summary judgment. (Dkt. No. 26.) She did not file a response to the order to show cause. Nonetheless, since Plaintiff is appearing pro se, the Court discharges both the August 26, 2014 and November 3, 2014 orders to show cause.

IT IS SO ORDERED.

Dated: January 15, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge